No. 11–9705.  QUIROZ-HERNANDEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–9724.  ZUNIGA-ALCALA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–10499.  CASTILLO-QUINTANAR, AKA CASTILLO QUINTANAR *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–10715.  KERNS *v.* BOARD OF COMMISSIONERS OF BERNALILLO COUNTY, NEW MEXICO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–10718.  MARTIN *v.* TEXAS.  Ct. App. Tex., 3d Dist. Certiorari denied.

No. 11–10953.  RUSSELL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–11137.  HAMPTON *v.* CAIN, WARDEN.  Sup. Ct. La. Certiorari denied.

No. 12–49.  TUCKER *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. D. C. Cir.  Certiorari denied.

No. 12–80.  MCMANAMAN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 12–95.  CORDOVA-SOTO *v.* HOLDER, ATTORNEY GENERAL. C. A. 10th Cir.  Certiorari denied.

No. 12–166.  BARANWAL *v.* UNITED STATES;
No. 12–428.  CHEBSSI *v.* UNITED STATES;
No. 12–5261.  LACOUR *v.* UNITED STATES; and
No. 12–6353.  TOBIN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 676 F. 3d 1264.

No. 12–224.  MATATALL *v.* HERMIZ, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HERMIZ, DECEASED.  C. A. 6th Cir.  Certiorari denied.